# Court of Appeals
# of the State of Georgia

ATLANTA,  June 03, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1400. SHANTICE GLINSEY v. JAMAAL GLINSEY.**

Shantice Glinsey has filed this direct appeal from the trial court's final judgment and decree granting her petition for divorce from Jamaal Glinsey.[1] We lack jurisdiction.

Pursuant to OCGA § 5-6-35 (a) (2), appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (punctuation omitted). Because Shantice Glinsey failed to follow the requisite discretionary application procedure, we lack jurisdiction to consider this direct appeal, which is hereby DISMISSED. See *Ford v. Ford*, 347 Ga. App. 233, 234 (818 SE2d 690) (2018).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/03/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Shantice Glinsey filed her appeal to the Supreme Court of Georgia, which transferred the case to this Court. See Case No. S22A0845 (April 19, 2022).